## S91A0642. WEBB v. WEBB.
(405 SE2d 874)

SMITH, Presiding Justice.

We granted a discretionary application to consider whether the trial court erred in finding a jury issue under the circumstances of this case. We hold that it did.

The appellant, Howard McRae Webb, and the appellee, Gladys Jones Webb, are involved in a divorce. Prior to marriage, the parties had entered into a pre-nuptial agreement. In the divorce proceedings, Ms. Webb asserts that the pre-nuptial agreement should be ignored because it was the result of duress, nondisclosure of assets, and on other grounds. The trial court determined that the pre-nuptial agreement was valid and not against public policy, and left further determination of the pre-nuptial agreement to the jury.

This case is controlled by *Allen v. Allen*, 260 Ga. 777 (400 SE2d 15) (1991), and it was error for the trial court to leave this issue to the jury.

*Judgment reversed. All the Justices concur.*

DECIDED MAY 13, 1991.

*Lynwood D. Jordan, Jr.*, for appellant.
*Jane K. Mitchell*, for appellee.